**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Stacy Ernest, Michelle Lahalih, Dawn Hoard,<br>Irene Res Pullano and Katherine Kean<br><br>vs<br>City of Chicago | Case Number:<br>FILED: AUG 01, 2008<br>08CV4370<br>JUDGE NORGLE<br>MAGISTRATE JUDGE COLE<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Stacy Ernst, Michelle Lahalih, Dawn Hoard,
Irene Res Pullano and Kathrine Kean

| |
|---|
| NAME (Type or print)<br>Susan P. Malone |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ smalonelaw@sbcglobal.net |
| FIRM |
| STREET ADDRESS<br>20 N Clark Street |
| CITY/STATE/ZIP<br>Chciago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3124716 | TELEPHONE NUMBER<br>312-726-2638 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐