# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| STACY ERNST, DAWN HOARD, IRENE RES-PULLANO, MICHELLE LAHALIH, and KATHERINE KEAN, <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF CHICAGO, <br><br> *Defendants*. | Case No.: 08 C 4370 <br><br> Judge Norgle <br><br> Magistrate Judge Jeffrey Cole |

### AGREED MOTION TO SET PRE-TRIAL CONFERENCE FOR FEBRUARY 24, 2014

Plaintiffs Stacy Ernst, Dawn Hoard, Irene Res-Pullano, Michelle Lahalih, and Katherine Kean, and Defendant the City of Chicago, by their respective undersigned attorneys, move for an order setting a pre-trial conference in this matter for February 24, 2014. In support of their agreed motion, the parties state:

1. Trial in this matter is set to begin on March 4, 2014.

2. The parties have exchanged their respective drafts of the final pre-trial order and are to file the final pre-trial order on or before February 18, 2014. The parties request that this Court set a final pre-trial conference for February 24, 2014. This date, if convenient for the Court, also would fit the travel schedule of one of Plaintiffs' counsel, David Borgen, who is located in Oakland, California.

WHEREFORE, the parties pray that this Court grant this agreed motion to set a pre-trial conference, set a final pre-trial conference for Monday, February 24, 2014 and grant such other and further relief as the Court deems just.

Respectfully submitted,
**THE CITY OF CHICAGO**

By:   s/ Cary E. Donham

Allan T. Slagel (ARDC No. 6198470)
aslagel@taftlaw.com
Cary E. Donham (ARDC No. 6199385)
cdonham@taftlaw.com
Heather A. Jackson (ARDC No. 6243164)
hjackson@taftlaw.com
Rachel L. Schaller (ARDC No. 6306921)
rschaller@shefskylaw.com
TAFT STETTINIUS & HOLLISTER, LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-4000

**STEPHEN R. PATTON,**
Corporation Counsel of the City of Chicago

By:   s/ Timothy Swabb

Timothy Swabb
Alison Alvarez
Assistants Corporation Counsel
30 N. LaSalle Street, Suite 1020
Chicago, IL 60602

**ATTORNEYS FOR PLAINTIFFS,**

By:   s/ Susan P. Malone

Susan P. Malone
smalonelaw@sbcglobal.net
20 N. Clark Street, Suite 1725
Chicago, IL 60602
(312) 726-2638

**MARNI WILLENSON**
Willenson Law, LLC
marni@willensonlaw.com
542 S. Dearborn St., Suite 610
Chicago, IL 60605
(312) 546-4910; (312) 261-9977 (Fax)

**DAVID BORGEN** (Bar No. 099354)
dborgen@gdblegal.com
Goldstein Borgen Dardarian & Ho
300 Lakeside Dr., Suite 10000
Oakland, CA 94612
(510) 763-9800 (510) 835-1417 (Fax)

1266338_2