# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| STACY ERNST, DAWN HOARD, IRENE RES-PULLANO, MICHELLE LAHALIH, and KATHERINE KEAN,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CITY OF CHICAGO,<br><br>    *Defendants*. | Case No.: 08 C 4370<br><br>Judge Charles Norgle<br><br>Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Monday, February 24, 2014, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Jeffrey Cole, or any judge sitting in his stead, in Courtroom 1003, of the United States District Court for the Northern District of Illinois, Eastern Division, and present *Defendant's Motions in Limine No.'s 2-8*, copies of which are served upon you.

February 18, 2014

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **THE CITY OF CHICAGO** | **STEPHEN R. PATTON,**<br>Corporation Counsel of the City of Chicago |
| By: s/ Cary E. Donham | By: s/ Timothy Swabb |
| Allan T. Slagel (ARDC No. 6198470)<br>aslagel@taftlaw.com<br>Cary E. Donham (ARDC No. 6199385)<br>cdonham@taftlaw.com<br>Heather A. Jackson (ARDC No. 6243164)<br>hjackson@taftlaw.com<br>Rachel L. Schaller (ARDC No. 6306921)<br>rschaller@taftlaw.com<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, Illinois 60601<br>Telephone: (312) 527-4000 | Timothy Swabb<br>Alison Alvarez<br>Assistants Corporation Counsel<br>30 N. LaSalle Street, Suite 1020<br>Chicago, IL 60602<br>312-744-8369/0898/9653 |

1275322_1.DOCX