IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STACY ERNST, DAWN HOARD, IRENE RES-PULLANO, MICHELLE LAHALIH, and KATHERINE KEAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF CHICAGO,<br><br>*Defendant*. | Case No.: 08 C 4370<br><br>Judge Charles R. Norgle, Sr.<br><br>Magistrate Judge Jeffrey Cole |

## STIPULATION

Plaintiffs Stacy Ernst, Dawn Hoard, Irene Res-Pullano, Michelle Lahalih, and Katherine Kean and Defendant the City of Chicago, by their respective undersigned attorneys, stipulate as follows:

1. No evidence or testimony concerning a new physical performance test or physical abilities test for applicants for the position of Paramedic with the Chicago Fire Department may be offered at trial by any party.

2. To the extent that any Plaintiff or any designated trial representative of the Defendant is unable to be present for any day of the trial due to work requirements or family-related issues, counsel for all parties agree not to comment on any such absence in the presence of the jury.

3. No evidence or testimony or argument concerning the *Vasich v. City of Chicago* lawsuit, the settlement of that lawsuit, or the City's adoption of the Candidate Physical Ability Test (CPAT) may be offered at trial by any party.

Dated: February 25, 2014

Respectfully submitted,
THE CITY OF CHICAGO

By: [signature]

Allan T. Slagel (ARDC No. 6198470)
aslagel@taftlaw.com
Cary E. Donham (ARDC No. 6199385)
cdonham@taftlaw.com
Heather A. Jackson (ARDC No. 6243164)
hjackson@taftlaw.com
Rachel L. Schaller (ARDC No. 6306921)
rschaller@shefskylaw.com
TAFT STETTINIUS & HOLLISTER, LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-4000

STEPHEN R. PATTON,
Corporation Counsel of the City of Chicago

By: [signature]

Timothy Swabb (ARDC No. 6193885)
Timothy.Swabb@cityofchicago.org
Alison Alvarez (ARDC No. 6281295)
alison.alvarez@cityofchicago.org
Assistants Corporation Counsel
30 N. LaSalle Street, Suite 1020
Chicago, IL 60602

ATTORNEYS FOR PLAINTIFFS,

By: [signature]

Susan P. Malone
smalonelaw@sbcglobal.net
20 N. Clark Street, Suite 1725
Chicago, IL 60602
(312) 726-2638

MARNI WILLENSON
Willenson Law, LLC
marni@willensonlaw.com
542 S. Dearborn St., Suite 610
Chicago, IL 60605
(312) 546-4910; (312) 261-9977 (Fax)

DAVID BORGEN (Bar No. 099354)
dborgen@gdblegal.com
Goldstein Borgen Dardarian & Ho
300 Lakeside Dr., Suite 10000
Oakland, CA 94612
(510) 763-9800 (510) 835-1417 (Fax)