Stacy Ernst, et al.
                     Plaintiff,

v.                                                   Case No.: 1:08–cv–04370
                                                    Honorable Charles R. Norgle Sr.

City of Chicago
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2014:

      MINUTE entry before the Honorable Jeffrey Cole: The motions in limine [273,275, 339,342, 349, 350, 351, 352, 353, 354, 355, 358, 359, 360, 361, 362, and 365] are granted in part and denied in part as reflected on the record at the pretrial conferences and as will be enumerated in the final pretrial order which will be filed by the parties on 4/10/2014.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.