# Exhibit A

# Defense Exhibit 37