**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

STACY ERNST, DAWN HOARD, IRENE
RES-PULLANO, MICHELLE LAHALIH, and
KATHERINE KEAN,

*Plaintiffs*,

v.

CITY OF CHICAGO,

*Defendant*.

Case No.: 08 C 4370

Judge Charles R. Norgle, Sr.

Magistrate Judge Jeffrey Cole

**STIPULATION – AGREED EXHIBITS**

The Plaintiffs, Stacy Ernst, Dawn Hoard, Irene Res-Pullano, Michelle Lahalih, and

Katherine Kean, and the Defendant, the City of Chicago (the "City") stipulate and agree that

subject to relevance objections, the following exhibits identified in the Final Pre-Trial Order are

received in evidence without objections, without the need for further foundation and may be

published to the jury.

**PLAINTIFFS**

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 1 | 2004 announcement of opening | ERN 262-3, Hoard Dep Ex. 1 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 53:18 – 53:23.) |
| 2A | Plaintiffs' paramedic licenses and materials submitted for background and drug check | ERN 276-ERN 295 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 53:18 – 53:23.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 2B | Plaintiffs' paramedic licenses and materials submitted for background and drug check | ERN 296-319 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 53:18 – 53:23.) |
| 2C | Plaintiffs' paramedic licenses and materials submitted for background and drug check | ERN 320-340 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 53:18 – 53:23.) |
| 2D | Plaintiffs' paramedic licenses and materials submitted for background and drug check | ERN 341-364 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 53:18 – 53:23.) |
| 2E | Plaintiffs' paramedic licenses and materials submitted for background and drug check | ERN 365-388 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 53:18 – 53:23.) |
| 3A | July 2004 letter announcing August 2004 test | Hoard Dep Ex 3. | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 53:18 – 53:23.) |
| 3B | | ERN  347 (Lahalih) | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 53:18 – 53:23.) |
| 3C | | ERN 303 (Ernst) | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 53:18 – 53:23.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 3D | | ERN 329 (Kean) | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 53:18 – 53:23.) |
| 3E | | -ERN 374 (Res) | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 54:16.) |
| 4 | Brochure regarding test sent to plaintiffs | Hoard Dep. Ex. No. 5 Plaintiffs_ID_0000 188-195 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 54:17 – 54:18.) |
| 5A | September 2004 letters re "failure" of test | ERN 364 (Lahalih) | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 54:17 – 54:18.) |
| 5B | | ERN 319 (Ernst) | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 54:17 – 54:18.) |
| 5C | | ERN 340 (Kean) | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 54:17 – 54:18.) |
| 5D | | ERN 388 (Res) | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 54:17 – 54:18.) |
| 6 | Notice to City (Hurovitz) regarding 2000 test results | ERN 1270 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 54:17 – 54:18.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 7 | HPS notice to City regarding 2001 test results | ERN 1191-1197 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 54:17 – 54:18.) |
| 8 | HPS email to City of 2004 test results – attachment to email  not produced by City | ERN 4535 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 57:2 – 57:6.) |
| 9 | HPS summary to City regarding 2000 to 2007 test results | ERN 506-556 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 57:2 – 57:6.) |
| 10 | HPS summary to City 2008 to 2009 test results | ERN 557-560 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 57:2 – 57:6.) |
| 11A | Chart provided by Swann/ Preston to Gebhardt summarizing number of paramedic hires 1996-1999 | ERN 11224<br><br>Plaintiffs_PTO_000099 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 57:18.) |
| 11B | | ERN 11806<br>ERN 11808<br><br>Emails from Anne Preston to Gebhardt and from T. Swabb | **Received into Evidence in its Modified Form, with Exhibit 11B consisting of ERN 11806 and ERN 11808, without Objection** (Feb. 25, 2014 P.M. Tr. 63:10 – 64:18.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 12 | Backup documents for hiring summary provided Gebhardt from City attorneys | ERN 11809-11820 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 59:2 – 59:5.) |
| 13 | Documents transmitted to Gebhardt from CFD regarding hiring process | Gebhardt 3/15/2012 deposition, exhibit 9<br><br>ERN010955-ERN010957 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 59:2 – 59:5.) |
| 14A | Documents transmitted to Gebhardt from CFD regarding academy Curriculum, workload and assignments | Gebhardt 3/15/2012 deposition, Exhibit 6<br><br>ERN 2813-ERN 2863 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 59:2 – 59:5.) |
| 14B | | Gebhardt 3/15/2012 deposition, Exhibit 7<br><br>ERN 4953-ERN 4975, Unnumbered page | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 59:2 – 59:5.) |
| 14C | | Gebhardt 3/15/2012 deposition, Exhibit 8<br><br>ERN 2768-ERN 2812<br><br>Plaintiffs_PTO_000173-Plaintiffs_PTO_000217 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 59:2 – 59:5.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 15 | City document regarding acquisition of new ambulances and Stryker Cots 2004-2005 | Plaintiffs_PTO_000 230- Plaintiffs_PTO_000 246 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 59:2 – 59:5.) |
| 16 | City document regarding changes in dispatch protocols June 2000. | Campion dep. ex. 24 Plaintiffs_PTO_000 250- Plaintiffs_PTO_000 269 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 59:2 – 59:5.) |
| 16B | | Campion dep. ex. 25 Plaintiffs_PTO_000 270- Plaintiffs_PTO_000 272 | **Received into Evidence without Objection** (Feb. 25, 2014 A.M. Tr. 59:2 – 59:5.) |
| 18a | Fax to Howe from Gebhardt 4/12/2000 | ERN 1999- 2000 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 74:18 – 74:22.) |
| 18B | Fax to Howe from Gebhardt 6/18/2001 | ERN 5192-93 6 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 74:24 – 74:25.) |
| 19 | City documents regarding number of candidates needed for validation study and equipment | | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 75:1 – 75:4.) |
| 19A | 2/25/98 Agenda for initial PAT project meeting | Gebhardt Ex. 10 ERN 4916-ERN 4917 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 75:1 – 75:4.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 19B | 7/7/98 letter Gebhardt to Howe | Gebhardt Ex. 11<br><br>ERN 2581-ERN 2592 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 75:1 – 75:4.) |
| 19C | 2/5/99 Fax from Howe to Gebhardt | Gebhardt Ex. 12<br><br>ERN 2533-ERN 2542 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 75:1 – 75:4.) |
| 19E | Howe Notes | Gebhardt Ex. 14<br><br>ERN 4707 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 79:14 – 79:16.) |
| 20 | Swabb and Preston to Gebhardt Jacobs 7/19/2012 | ERN 11799-11805 | **Received into evidence without objection.** (Feb. 25, 2014 P.M. Tr. 84:15 – 84:18.) |
| 24 | 8/17/99 HPS Proposal for test administration, Gebhardt to Stensland | ERN 1280-1283 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 87:7.) |
| 31 | CPAT orientation guide | | **Received into Evidence subject to the parties' filed stipulation dated Feb. 26, 2014, Dkt. No. 381.** (Feb. 25, 2014 P.M. Tr. 88:21 – 89:4.) |
| 38 | Collective bargaining agreements with City 2005 to present | ERN 70-246 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 113:16 -113:17.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 39 | | VAS 1-182 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 113:16 -113:17.) |
| 39A | New CBA | | |
| 41 | Appendix A to Gebhardt 1999 validation study | | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 114:17.) |
| 42 | Excel spreadsheet of scores 2000 to 2009 | Produced as part of Campion report production as "2000-2005 excel spreadsheet scores.0320.xls" and "2008-2009 excel spreadsheet.recheck .xls" | **Received into Evidence over Defendant's Objection** (Feb. 25, 2014 P.M. Tr. 114:25 – 114:17.) |
| 44 | Plaintiffs score sheets from 2004 test | ERN 561-565 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 117:7.) |
| 45 | Hiring history for 2004 applicants | ERN 3402-3408 | **Received into Evidence provided Plaintiffs redact the names of individuals where appropriate and necessary and subject to agreement on substitute identifiers.** (Feb. 25, 2014 P.M. Tr. 119:22- 120:23.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 46 | City list of test administrators | ERN 3971-2 | **Received into Evidence provided Plaintiffs redact the addresses of individuals.** (Feb. 25, 2014 P.M. Tr. 121:6.) |
| 47 | 2006 to 2013 City of Chicago overtime reports | | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 121:8.) |
| 50A-C | Berry revised reports 02092013 1 to 3 | | **Received into Evidence without Objection (April 17, 2014 Hearing)** |
| 51 | Gebhardt August 17, 1999 proposal to Stensland | ERN 2013-2016 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 130:16 – 130:18.) |
| 52 | Gebhardt to Howe June 18, 2001 | ERN 2727-2728 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 130:16 – 130:18.) |
| 53 | HPS Copy of scales | ERN 2923-2932 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 130:16 – 130:18.) |
| 54 | 2/26/1998 meeting notes | ERN 2893-2895 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 130:16 – 130:18.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 55 | 8/4/2004 note re VHS tape | ERN 4004 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 130:16 – 130:18.) |
| 56 | Gebhardt to Howe | ERN 2745-2746 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 130:16 – 130:18.) |
| 57 | Gebhardt to Noys | ERN 4014 | **Received into Evidence over Defendant's Objection** (Feb. 25, 2014 P.M. Tr. 130:24 – 134:3.) |
| 59 | Injury report re male participant in "validation study" | ERN4662-4667 | **Received into Evidence Provided Plaintiffs excise the first page with the handwritten note** (Feb. 25, 2014 P.M. Tr. 135:21 – 137:10.) |
| 60 | Reconstructed data from files produced as CHICVAL Excel format | | **Received into Evidence without objection** (Feb. 25, 2014 P.M. Tr. 137:12 – 139:4.) |
| 61 | Reconstructed data from records in excel format as EMSCOMB | | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 139:5 – 139:9.) |
| 62 | Howe notes | Howe dep Ex. 4 ERN 3043-3057 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 77:15 – 77:19; 139:10.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 63 | Demonstrative exhibit | City of Chicago PPT equipment | **Received as a Demonstrative Aid, subject to Judge Norgle's determinations on how it may be used, over Defendant's objections** (Feb. 25, 2014 A.M. Tr. 2:4 – 4:15; Feb. 25, 2014 P.M. Tr. 139:12 – 139:25.) |
| 66 | Dr. Michael Campion Curriculum Vitae | | **Received as are all expert resumes unless Judge Norgle disagrees Tr. Feb 25, 2014 PM  P 147:23 to 148:14** |
| 67 | Dr. William McArdle Curriculum Vitae | | **Received as are all expert resumes unless Judge Norgle disagrees Tr. Feb 25, 2014 PM  P 147:23 to 148:14** |

# **Defendants**

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 10 | 3/18/96 Letter from Dr. Gebhardt to Adrianne Bryant regarding project detail | ERN 4934-4937 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 161:3.) |
| 11 | Human Performance Systems, Inc.'s October 29, 1996 Proposal to the City of Chicago Department of Law, Labor Division For The Development Of A Physical Abilities Test For Selection Of City Of Chicago Paramedics | ERN 4373-4420

3/15/12 Geb. Dep. Ex. 1 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 162:9 – 162:11.) |
| 12 | 3/21/97 Memo from Adrianne Bryant to John O'Brien regarding sole source justification for Human Performance Systems | ERN 11618 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 165:3 – 165:6.) |
| 13 | Purchasing Department documents for CFD Paramedic physical abilities test | ERN 4323-4386 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 165:7 – 165:18.) |
| 14 | Professional Service Agreement  Between the Chicago Fire Department and Human Performance Systems, Inc. for Development of PAT | ERN 4185-4283 | **Received into Evidence over Plaintiffs' objections** (Feb. 25, 2014 P.M. Tr. 166:4 - 166:10.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 15 | Professional Services Agreement Between the Chicago Fire Department and Human Performance Systems, Inc. for Administration of PAT | ERN 389-494<br><br>5-27-10 Geb. Dep. Ex. 1 | **Received into Evidence over Plaintiffs' objections.** (Feb. 25, 2014 P.M. Tr. 166:11 -166:14.) |
| 16 | 1/25/98 Tentative EMS/PAT Schedule | ERN 1216-1217 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 168:10.) |
| 17 | 2/2/98 Letter from Gebhardt to Stensland regarding February 25 to 27, 1998 initial development meetings | ERN 4927-4933<br><br>3-15-12 Geb. Dep. Ex. 5 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 168:12 - 168:14.) |
| 18 | 2/10/98 Letter from Joyce to Gebhardt enclosing documents relating to Chicago Fire Department's Emergency Medical Services System | ERN 2813-2863<br><br>3-15-12 Geb. Dep. Ex. 6 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 168:12 - 168:14.) |
| 19 | 2/10/98 Letter from Joyce to Gebhardt enclosing documents relating to Chicago Fire Department's Emergency Medical Services System | ERN 4953-4975+<br><br>3-15-12 Geb. Dep. Ex. 7 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 168:12 - 168:14.) |
| 20 | 2/25/98 Agenda - PAT Initial Meeting | ERN 1214-1215 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 168:15 - 168:16.) |

13

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 21 | 2/26/98-2/27/98 EMS Physical Performance Test Development Schedule for Initial Consultant Visit | ERN 1203 | **Received into Evidence without Objection Provided Defendant Redacts the Handwritten Notes** (Feb. 25, 2014 P.M. Tr. 168:17 -169:14.) |
| 22 | 3/17/98 Letter from Baker to Howe and 3/26/98 Letter from Howe to Gebhardt and Attached Task List with Comments | ERN 2635 - 2708 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 169:15 – 169:17.) |
| 23 | 3/98 Memo from Stensland to Altman with Overtime Cost Breakdown Regarding validation Study | ERN 5006-5007 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 170:17 – 170:18.) |
| 24 | 4/10/98 Letter from Baker to Howe with Questionnaire Attached | ERN 1241-1269 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 170:19 – 170:20.) |
| 25 | 5/8/98 Letter from Howe to Gebhardt with ID of paramedics who completed task inventories | ERN 2987-2995 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 170:25 – 171:1.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 26 | 6/29/98 Schedule for consultant visit | ERN 4920-21 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 171:2 – 171:3.) |
| 28 | Overtime Compensatory Reports for March 1998 PAT Development | ERN 5249-5256 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 172:18 – 173:4.) |
| 29 | Overtime Compensatory Reports for May 1998 PAT Development | ERN 5008-5125 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 173:7 – 173:12.) |
| 30 | Overtime Compensatory Reports for June 1998 PAT Development | ERN 5204-5221 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 173:7 – 173:12.) |
| 31 | 7/27/98 Memo from Stensland re Building Equipment | ERN 1905-1907 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 173:13 – 173:17.) |
| 32 | 2/20/99 Letter from Gebhardt to Howe re Equipment Needed for PAT Pretest | ERN 1899-1900 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 173:13 – 173:17.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 33 | 3/11/99 Letter from Howe to Burns Re Space for PAT validation | ERN 2569-2570 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 173:13 – 173:17.) |
| 34 | 4/1/99 Letter from Howe to Burns re Space for PAT | ERN 2571-2572 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 173:13 – 173:17.) |
| 35 | 9/10/99 Chicago Paramedic Validation Study Results Meeting Agenda | ERN 1204-1206 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 173:18 – 173:20.) |
| 36 | 12/15/1999 Letter from Gebhardt to Rocks regarding cutoff score | ERN 3990 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 175:6 – 175:8.) |
|  |  |  |  |
| 37-A | Final Report, Appendix A: Ride-Along Incidents | ERN 5586-5596 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:17 – 176:18.) |
| 37-B | Final Report, Appendix B: Ergonomic Measurements | ERN 5597-5599 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |

16

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 37-C | Final Report, Appendix C: Final Task List | ERN 5600-5608 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |
| 37-D | Final Report, Appendix D: Task Inventory Materials | ERN 5609-5637 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |
| 37-E | Final Report, Appendix E: Unweighted Task Means for Frequency, Time Spent, Importance and Physical Effort | ERN 5638-5641 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |
| 37-F | Final Report, Appendix F: Essential Task Values | ERN 5642-5646 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |
| 37-G | Final Report, Appendix G: List of Essential Tasks | ERN 5647-5653 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |
| 37-H | Final Report, Appendix H: Results of Supplemental Questions | ERN 5654-5659 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 37-I | Final Report, Appendix I: Unweighted Personality Attribute Means for Importance and Required At Entry | ERN 5660-5661 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |
| 37-J | Final Report, Appendix J: List of Essential Personality Attributes | ERN 5662-5664 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |
| 37-K | Final Report, Appendix K: Physical Demands Inventory Material and Personality-Task Linkage Questionnaire | ERN 5665-5686 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |
| 37-L | Final Report, Appendix L: Physical Abilities Analysis Means and Standard Deviations | ERN 5687-5689 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |
| 37-M | Final Report, Appendix M: Personality Attribute – Task Linkage Means | ERN 5690-5694 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |
| 37-N | Final Report, Appendix N: Work Sample Descriptions | ERN 5695-5707 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 37-O | Final Report, Appendix O: Supervisor/Peer Rating Instruction Form | ERN 5708-5718 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |
| 37-P | Final Report, Appendix P: Participant Agreement and Medical Self-Report Forms | ERN 5719-5723 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |
| 37-Q | Final Report, Appendix Q: Validation Testing Score Sheet | ERN 5724-5731 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |
| 37-R | Final Report, Appendix R: Demographic Variables and Physical Performance Test and Work Sample Correlations | ERN 5732-5736 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |
| 37-S | Final Report, Appendix S: Criterion Measures Intercorrelation Matrix | ERN 5737-5742 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |
| 37-T | Final Report, Appendix T: Physical Performance Test and Individual Criterion Measures Correlations | ERN 5743-5744 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 37-U | Final Report, Appendix U: Comparison of Test Scores to Satisfactory and Unsatisfactory Job Performance | ERN 5745-5752 | **Received into Evidence over Plaintiffs' Objection** (Feb. 25, 2014 P.M. Tr. 176:19 – 178:2.) |
| 41 | PAT Test Manual | ERN 6880-6914 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 178:23 – 179:6.) |
| 43 | PAT Instructions for Candidates | ERN 5202-5203 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 179:11 – 179:20.) |
| 44 | PAT Proctor Guide | ERN 1209-1202 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 179:11 – 179:20.) |
| 45 | Candidate Manual Instructions with 2000 Date | ERN 11041-11042 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 179:11 – 179:20.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 46 | Video of paramedic PAT, converted to DVD in 2010 | ERN 6877 | **Received into Evidence without Objection provided Defendant Does Not Describe the Video as a 2000 video unless an appropriate foundation is provided at trial** (Feb. 25, 2014 P.M. Tr. 179:11 – 179:20.) |
| 47 | 3/3/00 List of Equipment for PAT | ERN 4884-4885 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 179:21 – 179:23.) |
| 48 | Email from Todd Baker to Jay Silva re: standard deviations dated June 28, 2012 | ERN 11761 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 179:21 – 179:23.) |
| 51 | Paramedic Training Schedule 2008 | Johnson Dep. Ex. 3 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 187:4 – 187:5.) |
| 52 | Ambulance Assist Spreadsheet | Barry Dep. Ex. 1 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 187:4 – 187:5.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 53 | Ambulance Assist Spreadsheet | Barry Dep. Ex. 3 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 187:4 – 187:5.) |
| 54 | Ambulance Assist Spreadsheet | Barry Dep. Ex. 6 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 187:4 – 187:5.) |
| 55 | 1997 CFD Bureau of Emergency Services – ambulance response data | ERN 2820 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 187:4 – 187:5.) |
| 56 | Chicago Fire Department General Order No. 91-012 | ERN 272-275 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 187:4 – 187:5.) |
| 57 | City of Chicago Personnel Rules, revised May 13, 2003 | ERN 1-69 | **Received into Evidence without Objection** (Feb. 25, 2014 P.M. Tr. 187:6 – 187:7.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 60 | Summary of Paramedic Physical performance test Scores from 2000 to 2009 | ERN 18860-18889 | **Received into Evidence over Plaintiffs' Objections, provided "No member of the trial team . . . may argue or hint or suggest that it is a statistical distribution which starts [with] frequencies . . . None of that . . . can be utilized as a basis for testimony by any expert.  It may not be used as a basis for . . . any witness on behalf of the City to impugn, contradict, impeach, or disagree with any conclusion that has been made by the plaintiffs' experts."** (Feb. 26, 2014 P.M. Tr. 94:21 – 96:9; 147:16 – 149:5.) |
| 69 | Estimate of paramedic training costs for 2004 | ERN 11620 | **Received into Evidence without Objection** (Feb. 26, 2014 A.M. Tr. 61:25 – 62:3.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 70 | Estimate of paramedic training costs for 2011 | 币RN 11621 | **Received into Evidence without Objection** (Feb. 26, 2014 A.M. Tr. 61:25 – 62:3.) |
| 71 | CFD Stretcher Contract 2005 - 2008 | ERN 18667-18828 | **Received into Evidence over Plaintiffs' Objection** (Feb. 26, 2014 A.M. Tr. 69:3 – 69:7.) |
| 72 | CFD Stretcher Contract 2008 - 2011 | ERN 11622-11740 | **Received into Evidence over Plaintiffs' Objection.** (Feb. 26, 2014 A.M. Tr. 70:20 – 70:23.) |
| 73 | Paramedic Candidate Performance Testing Summary Sheet | ERN 1184-1189 | **Received into Evidence without Objection.** (Feb. 26, 2014 A.M. Tr. 70:24 – 71:4.) |
| 74 | Score Sheets Completed by Rhonda Vandecoevering on August 10, 2004 | ERN 564, ERN 3127-3175, ERN 3177- 3189, ERN 3412, ERN 3414, ERN 3421-3475, ERN 3489, ERN 3494-3498 | **Received into Evidence over Plaintiffs' Objection.** (Feb. 26, 2014 A.M. Tr. 73:5 – 73:6.) |
| 75 | Score Sheets Completed by Rhonda Vandecoevering on August 11, 2004 | ERN 562, ERN 3190-3230, ERN 3232-3251, ERN 3410, ERN 3476-3488, ERN 3490-3493, ERN 3499 | **Received into Evidence over Plaintiffs' Objection.** (Feb. 26, 2014 A.M. Tr. 73:14 – 74:8.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 76 | Score Sheets Completed by Rhonda Vandecoevering on August 12, 2004 | ERN 563, ERN 565, ERN 3252-3296, ERN 3306-3308, ERN 3411, ERN 3413, ERN 3417-3420, ERN 3500-3509, ERN 3521-3523, ERN 3558-3578, ERN 3586-3592, ERN 3617 | **Received into Evidence over Plaintiffs' Objection.** (Feb. 26, 2014 A.M. Tr. 73:14 – 74:8.) |
| 77 | Score Sheets Completed by Rhonda Vandecoevering on August 13, 2004 | ERN 3316-3324, ERN 3328-3348, ERN 3355-3379, ERN 3415-3416, ERN 3512-3514, ERN 3531-3539, ERN 3543-3557, ERN 3579-3585, ERN 3599-3608, ERN 3611, ERN 3614-3616 | **Received into Evidence over Plaintiffs' Objection.** (Feb. 26, 2014 A.M. Tr. 73:14 – 74:8.) |
| 78 | Photographs of PAT Equipment | ERN 18829-18849 | **Received into Evidence without Objection** (Feb. 26, 2014 A.M. Tr. 74:9 – 74:21.) |
| 79 | List of Paramedic Separations Since January 1990 While in Academy | ERN 18664-18666 | **Received into Evidence without Objection** (Feb. 26, 2014 P.M. Tr. 94:7 – 94:14.) |
| 80 | Deborah Gebhardt resume (2006) | ERN 4497 – 4518 | **Received into evidence, as are all expert resumes, unless Judge Norgle disagrees.** (Feb. 26, 2014 A.M. Tr. 77:7 – 77:9.) |

| Trial Ex. # | Description | Bates Range/ Dep. Ex. # | Pretrial Ruling of Mag. Judge Cole |
|---|---|---|---|
| 94 | Salary Schedule for Uniformed Fire Department Positions | ERN013560 | **Received into Evidence without Objection** (Feb. 26, 2014 P.M. Tr. 99:17 – 99:22.) |

Dated:  October 31, 2014

By: s/Susan P. Malone
Attorney for Plaintiffs

Susan P. Malone
smalonelaw@sbcglobal.net
542 S. Dearborn, Suite 610
Chicago, IL 60605
(312) 726-2638


Marni Willenson
marni@willensonlaw.com
Willenson Law, LLC
542 S. Dearborn Street, Suite 610
Chicago, IL 60605
(312) 546-4910

David Borgen (Cal. Bar No. 099354)
dborgen@gdblegal.com
Michael Caesar (Cal. Bar No. 280548)
mcaesar@gdbhlegal.com
Goldstein Borgen Dardarian & Ho
300 Lakeside Drive, Suite 10000
Oakland, CA 94612
(510) 763-9800

Joshua Karsh
jkarsh@hsplegal.com
Hughes, Socol, Piers, Resnick & Dym
70 West Madison Street, Suite 4000
Chicago, IL 60602
(312) 604-2630

By: s/Cary E. Donham
Attorney for Defendant

Timothy Swabb (ARDC No. 6193885)
Timothy.Swabb@cityofchicago.org
Alison Alvarez (ARDC No. 6281295)
alison.alvarez@cityofchicago.org
Assistants Corporation Counsel
30 N. LaSalle Street, Suite 1020
Chicago, IL 60602

Allan T. Slagel (ARDC No. 6198470)
aslagel@taftlaw.com
Cary E. Donham (ARDC No. 6199385)
cdonham@taftlaw.com
John F. Kennedy (ARDC No. 6196185)
jkennedy@taftlaw.com
Elizabeth E. Babbitt (ARDC No. 6296851)
ebabbitt@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
(312) 527-4000

1309136_3