

ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Stacy Ernst, et al. )
    Plaintiff(s) )
                     ) Case No. 08 C 4370
v. )
City of Chicago, et al. )
    Defendant(s)

## **JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)    /stact /erbstm /dawb Giardm Jak=

and against defendant(s)

in the amount of $                 ,

       which ☐ includes      pre–judgment interest.
                 ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
     and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑ other: judgment is entered on the verdict in favor of Defendant, City of Chicago, and against Plaintiffs, Stacy Ernst, Dawn Hoard, Katherine Kean, Michelle Lahalih, and Irene Res.

---

This action was *(check one)*:

☑ tried by a jury with Judge  Charles Norgle        presiding, and the jury has rendered a verdict.
☐ tried by Judge                                 without a jury and the above decision was reached.
☐ decided by Judge                           a motion

Date: 11/25/2014

                                        Thomas G. Bruton, Clerk of Court
                                        /s/_____,Deputy Clerk