**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STACY ERNST, DAWN HOARD, IRENE RES-PULLANO, MICHELLE LAHALIH, and KATHERINE KEAN, <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF CHICAGO, <br><br> *Defendant*. | Case No.: 08 C 4370 <br><br> Judge Charles R. Norgle, Sr. <br><br> Magistrate Judge Jeffrey Cole |

**DEFENDANT CITY OF CHICAGO'S MOTION FOR
AN EXTENSION OF TIME TO FILE ITS BILL OF COSTS**

Defendant, the City of Chicago (the "City"), by its undersigned attorneys, moves for an extension of time to file its Bill of Costs, pursuant to Local Rule 54.1.

1. On December 1, 2014, the Court entered judgment on the jury verdict in favor of the City, against Plaintiffs Stacy Ernst, Dawn Hoard, Katherine Kean, Michelle Lahalih, and Irene Res, on their claims of disparate treatment under Title VII. (Dkt. No. 531.)

2. Local Rule 54.1 provides that "[w]ithin 30 days of the entry of a judgment allowing costs, the prevailing party shall file a bill of costs with the clerk and serve a copy of the bill on each adverse party." The rule further provides that "[t]he court may, on motion filed within the time provided for the filing of the bill of costs, extend the time for filing the bill." Local Rule 54.1(a).

3. While judgment has been entered on Plaintiffs' claims of disparate treatment, Plaintiffs' claims of disparate impact remain outstanding. Post-trial proposed findings of fact and conclusions of law on the disparate impact claims are due on December 16, 2014.

4. Thereafter, the Court will rule on Plaintiffs' claims of disparate impact. The outcome of Plaintiffs' claims of disparate impact may ultimately affect the City's Bill of Costs.

5. Accordingly, the City moves to extend the time of filing its Bill of Costs to a date thirty days after the entry of judgment on Plaintiffs' disparate impact claims.

WHEREFORE, the City of Chicago asks that this Court grants its motion to extend time to file its Bill of Cost to a date thirty days after the entry of judgment on Plaintiffs' outstanding claims of disparate impact, and grant such other and further relief as the Court deems just.

Dated: December 3, 2014

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **THE CITY OF CHICAGO** | **STEPHEN R. PATTON,** Corporation Counsel of the City of Chicago |
| By: s/ Cary E. Donham | By: s/ Timothy Swabb |
| John F. Kennedy (ARDC No. 6196185)<br>jkennedy@taftlaw.com<br>Allan T. Slagel (ARDC No. 6198470)<br>aslagel@taftlaw.com<br>Cary E. Donham (ARDC No. 6199385)<br>cdonham@taftlaw.com<br>Elizabeth Babbitt (ARDC No.6296851)<br>ebabbitt@taftlaw.com<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, Illinois 60601<br>Telephone: (312) 527-4000 | Timothy Swabb<br>Assistant Corporation Counsel<br>30 N. LaSalle Street, Suite 1020<br>Chicago, IL 60602<br>312-744-8369/0898/9653 |

1311874.1