IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STACY ERNST, DAWN HOARD, IRENE RES-PULLANO, MICHELLE LAHALIH, and KATHERINE KEAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF CHICAGO,<br><br>*Defendant*. | Case No.: 08 C 4370<br><br>Judge Charles R. Norgle, Sr.<br><br>Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Friday, December 5, 2014, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles Norgle, or any judge sitting in his stead, in Courtroom 2341, of the United States District Court for the Northern District of Illinois, Eastern Division, and present *The City of Chicago's Motion for an Extension of Time to File Its Bill of Costs*, a copy of which is served upon you.

**Dated**: December 3, 2014

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **THE CITY OF CHICAGO** | **STEPHEN R. PATTON,**<br>Corporation Counsel of the City of Chicago |
| By: s/ Cary E. Donham | By: s/ Timothy Swabb |
| Allan T. Slagel (ARDC No. 6198470)<br>aslagel@taftlaw.com<br>Cary E. Donham (ARDC No. 6199385)<br>cdonham@taftlaw.com<br>Heather A. Jackson (ARDC No. 6243164)<br>hjackson@taftlaw.com<br>Rachel L. Schaller (ARDC No. 6306921)<br>rschaller@taftlaw.com<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, Illinois 60601<br>Telephone: (312) 527-4000 | Timothy Swabb<br>Alison Alvarez<br>Assistants Corporation Counsel<br>30 N. LaSalle Street, Suite 1020<br>Chicago, IL 60602<br>312-744-8369/0898/9653 |

1312032_1