## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Stacy Ernst, et al.
                           Plaintiff,

v.                                       Case No.: 1:08−cv−04370
                                            Honorable Charles R. Norgle Sr.

City of Chicago
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 12, 2014:

         MINUTE entry before the Honorable Charles R. Norgle:Motion for Extension of Time to File Proposed Findings of Facts and Conclusions of Law [538] is granted. Proposed Findings of Facts and Conclusions of Law will be due on 1/29/2015. Response, if any, will be due 1/5/2015. Reply,if any, will be due 1/12/2015. Motion to Vacate Docket Entries is granted in part and denied in part. Motion hearing held on 12/12/2014. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.