# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| STACY ERNST ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 2008 C 4370 |
| | ) | |
| v. | ) | Judge Charles Norgle |
| | ) | |
| CITY OF CHICAGO, | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

## NOTICE OF AGREED MOTION

TO: David Seery                                   Allan Slagel
    Timothy Swabb                              Cary Donham
    Alison Alvarez                                  Rachel Schaller
    Assistant Corporation Counsel       John F Kennedy
    30 N LaSalle Street, Suite 1020        Taft, Stettinius, & Hollister LLP
    Chicago, IL 60602                            111 E Wacker Dr Suite 2800
                                                              Chicago, IL 60601

Please take notice that on Friday, January 16, 2015 at 10:30 A.M. or as soon thereafter as counsel may appear, the undersigned will appear before the Honorable Judge Charles Norgle in Courtroom 2341, Dirksen Federal Building, 219 S Dearborn Street, Chicago, Illinois and present Plaintiffs' Agreed Motion to Amend Briefing Schedule, a true and correct copy of which is attached hereto

\_\_s/Susan P. Malone

Certificate of Service

I, Susan P. Malone, certify that I caused a true and correct copy of the foregoing Notice of Motion and Motion to be served upon the parties listed above at the address listed by causing the same to be sent by electronic transmission on Wednesday, , January 14, 2015 at or before the hour of 4:30 P.M.

s/Susan P. Malone

Susan P. Malone
542 S Dearborn Street, Suite 610

1

Chicago, Il 60605  
(312) 726-2638  
[smalonelaw@sbcglobal.net](mailto:smalonelaw@sbcglobal.net)