IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STACY ERNST, DAWN HOARD, IRENE RES-PULLANO, MICHELLE LAHALIH, and KATHERINE KEAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF CHICAGO,<br><br>*Defendant*. | Case No.: 08 C 4370<br><br>Judge Charles R. Norgle, Sr.<br><br>Magistrate Judge Jeffrey Cole |

**EXHIBIT LIST – TRANSCRIPTS OF PROCEEDINGS**

| | | |
|---|---|---|
| Transcript Volume 1 | November 4, 2014 | pp. 1 - 142 |
| Transcript Volume 2 | November 5, 2014 | pp. 143 - 376 |
| Transcript Volume 3 | November 6, 2014 | pp. 377 - 572 |
| Transcript Volume 4 | November 10, 2014 | pp. 573 - 774 |
| Transcript Volume 5 | November 12, 2014 | pp. 775 - 1015 |
| Transcript Volume 6 | November 13, 2014 | pp. 1016 - 1233 |
| Transcript Volume 7 | November 17, 2014 | pp. 1234 - 1472 |
| Transcript Volume 8 | November 18, 2014 | pp. 1473 - 1621 |
| Transcript Volume 9 | November 19, 2014 | pp. 1622 - 1792 |
| Transcript Volume 10 | November 20, 2014 | pp. 1793 - 1905 |
| Transcript Volume 11 | November 24, 2014 | pp. 1906 - 2074 |
| Transcript Volume 12 | November 25, 2014 | pp. 2075 - 2087 |

1315682.1