IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STACY ERNST, DAWN HOARD, IRENE RES-PULLANO, MICHELLE LAHALIH, and KATHERINE KEAN,<br><br>                                               *Plaintiffs*,<br><br>      v.<br><br>CITY OF CHICAGO,<br><br>                                               *Defendant*. | Case No.: 08 C 4370<br><br>Judge Charles R. Norgle, Sr.<br><br>Magistrate Judge Jeffrey Cole |

## **DEFENDANT'S ADMITTED TRIAL EXHIBITS – VOLUME I**

| | |
|---|---|
| Exhibit 1 | Dr. Deborah Gebhardt Resume |
| Exhibit 8 | HPS Validation Report: New York City Health and Hospitals Corporation |
| Exhibit 9 | February 23, 1996 and March 15, 1996 Derrick Jackson Meeting Notes |
| Exhibit 11 | HPS October 29, 1996 City of Chicago Proposal |
| Exhibit 12 | March 21, 1997 HPS Sole Source Justification Memorandum |
| Exhibit 14 | January 14, 1998 Professional Services Agreement between HPS and the City of Chicago |
| Exhibit 21 | February 26-27, 1998 HPS Initial Consultant Visit Agenda |
| Exhibit 35 | September 10, 1999 Chicago Paramedic Validation Study Results Meeting Agenda |
| Exhibit 37 | October 1999 HPS PAT Development and Validation Study – Final Report |
| Exhibit 37A | HPS Validation Study Final Report Appendix A – Ride-Along Incidents |

**Defendant's Admitted Trial Exhibits – Volume I**
**Page 2**

Exhibit 37B    HPS Validation Study Final Report Appendix B – Ergonomic Measurements

Exhibit 37C    HPS Validation Study Final Report Appendix C – Final Task List

Exhibit 37D    HPS Validation Study Final Report Appendix D – Task Inventory Materials

Exhibit 37E    HPS Validation Study Final Report Appendix E – Unweighted Task Means for Frequency, Importance, Time Spent, and Physical Effort

Exhibit 37F    HPS Validation Study Final Report Appendix F – Essential Task Values

Exhibit 37G    HPS Validation Study Final Report Appendix G – List of Essential Tasks

Exhibit 37H    HPS Validation Study Final Report Appendix H – Results of Supplemental Questions

Exhibit 37I    HPS Validation Study Final Report Appendix I – Unweighted Personality Attribute Means for Importance and Required at Entry

Exhibit 37J    HPS Validation Study Final Report Appendix J – List of Essential Personality Attributes

Exhibit 37K    HPS Validation Study Final Report Appendix K – Physical Demands Inventory Materials and the Personality-Task Linkage Questionnaire

Exhibit 37L    HPS Validation Study Final Report Appendix L – Physical Abilities Analysis Means and Standard Deviations

Exhibit 37M    HPS Validation Study Final Report Appendix M – Personality Attribute – Task Linkage Means

Exhibit 37N    HPS Validation Study Final Report Appendix N – Work Sample Descriptions

Exhibit 37O    HPS Validation Study Final Report Appendix O – Supervisor/Peer Rating Instructions and Form

| | |
|---|---|
| Exhibit 37P | HPS Validation Study Final Report Appendix P – Participant Agreement and Medical Self-Report Forms |
| Exhibit 37Q | HPS Validation Study Final Report Appendix Q – Validation Testing Score Sheet |
| Exhibit 37R | HPS Validation Study Final Report Appendix R – Demographic Variables and Physical Performance Test and Work Sample Correlations |
| Exhibit 37S | HPS Validation Study Final Report Appendix S – Criterion Measure Intercorrelation Matrix |
| Exhibit 37T | HPS Validation Study Final Report Appendix T – Physical Performance Tests and Individual Criterion Measures Correlations |
| Exhibit 37U | HPS Validation Study Final Report Appendix B – Comparison of Test Scores to Satisfactory and Unsatisfactory Job Performance |
| Exhibit 41 | HPS Chicago Paramedic PAT Test Manual |
| Exhibit 43 | HPS Chicago Paramedic PAT Instructions for Candidates |
| Exhibit 46 | 2000 Video of Paramedic PAT – **CD Physically Filed w/Court** |
| Exhibit 54 | Chicago Fire Department Ambulance Assists Spreadsheet |
| Exhibit 55 | 1997 Chicago Fire Department Bureau of Emergency Services – Ambulance Response Data |
| Exhibit 56 | June 17, 1991 Chicago Fire Department General Order 91-012 |
| Exhibit 60 | Summary of CFD Paramedic PAT Scores from 2000-2009 |
| Exhibit 75 | August 11, 2004 CFD Paramedic PAT Score Sheets Scored by Rhonda Vandecoevering |
| Exhibit 77 | August 13, 2004 CFD Paramedic PAT Score Sheets Scored by Rhonda Vandecoevering |

| | |
|---|---|
| Exhibit 78 | Photograph of the PAT Equipment – Arm Ergometer |
| Exhibit 101 | Response to Defendant's First Set of Interrogatories by Plaintiff Dawn Hoard |
| Exhibit 102 | First Amended Response to Defendant's First Set of Interrogatories by Plaintiff Dawn Hoard |
| Exhibit 103 | Plaintiff Dawn Hoard's Original Score Sheet |
| Exhibit 104 | Willliam McArdle Retainer Agreement |
| Exhibit 105 | Dr. Michael Campion Resume |
| Exhibit 106 | Plaintiffs' Supplemental Responses to Defendant's Expert Interrogatories |
| Exhibit 107 | Validation of a Selection Battery for Entry-Level Jobs for the Nucor Steel Mill in Crawfordsville, Indiana by Dr. Michael Campion |