IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STACY ERNST, DAWN HOARD, IRENE RES-PULLANO, MICHELLE LAHALIH, and KATHERINE KEAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF CHICAGO,<br><br>*Defendant*. | Case No.: 08 C 4370<br><br>Judge Charles R. Norgle, Sr.<br><br>Magistrate Judge Jeffrey Cole |

## DEFENDANT'S ADMITTED TRIAL EXHIBITS – VOLUME II

| | |
|---|---|
| Exhibit 108 | Report on the Development of a Prescreening Form and Structured Interviews for Entry-Level Hiring at New Millennium in Butler, Indiana by Dr. Michael Campion |
| Exhibit 109 | Report on the Development of a Prescreening Form and Structured Interviews for Hiring at Steel Dynamics, Inc.-Structural Mill Division in Columbia City, Indiana by Dr. Michael Campion |
| Exhibit 110 | Report on the Development of a Selection System for Entry Level Hiring at Keihin Aircon North America in Muncie, Indiana by Dr. Michael Campion |
| Exhibit 111 | Campion Consulting Services Retainer Agreement |
| Exhibit 114 | Plaintiff Stacy Ernst 2001 CFD Paramedic PAT Score Sheet |
| Exhibit 116 | Plymouth Fiber Extraboard Validation Report |
| Exhibit 117 | O*Net OnLine Details Report for Emergency Medical Technicians and Paramedics |
| Exhibit 118 | Evaluation of the Validity of the Work Tolerance Test for Entry Level Hiring in the Matter of EEOC v. The Dial Corporation by Dr. Michael Campion |

| | |
|---|---|
| Exhibit 119 | Society for Industrial and Organizational Psychology, Inc. - Principles for the Validation and use of Personnel Selection Procedures, Fourth Edition |
| Exhibit 120 | Personnel Selection for Physically Demanding Jobs: Review and Recommendations by Dr. Michael Campion |
| Exhibit 126 | Chart Comparing Plaintiffs' Test Scores to Other Females Tested |
| Exhibit 129 | 24 Essential Physical Tasks for CFD Paramedic Position Summary Chart |

1315902.1