**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

STACY ERNST, DAWN HOARD, IRENE
RES-PULLANO, MICHELLE LAHALIH,
and KATHERINE KEAN,

<em>Plaintiffs</em>,

v.

CITY OF CHICAGO,

<em>Defendant</em>.

Case No.: 08 C 4370

Judge Charles R. Norgle, Sr.

Magistrate Judge Jeffrey Cole

## PLAINTIFFS' ADMITTED TRIAL EXHIBITS

| | |
|---|---|
| Exhibit 1 | 2004 Paramedic Examination Announcement |
| Exhibit 2A | Dawn Hoard Application Materials |
| Exhibit 2B | Stacy Ernst Application Materials |
| Exhibit 2C | Katherine (Kenar) Kean Application Materials |
| Exhibit 2D | Michelle Lahalih Application Materials |
| Exhibit 2E | Irene Res-Pullano Application Materials |
| Exhibit 3A | Dawn Hoard 2004 Test Announcement Letter |
| Exhibit 3B | Michelle Lahalih 2004 Test Announcement Letter |
| Exhibit 3C | Stacy Ernst 2004 Test Announcement Letter |
| Exhibit 3D | Katherine (Kenar) Kean 2004 Test Announcement Letter |
| Exhibit 3E | Irene Res-Pullano 2004 Test Announcement Letter |
| Exhibit 4 | Physical Abilities Test Brochure |
| Exhibit 5A | Michelle Lahalih Test Results Letter |

| | |
|---|---|
| Exhibit 5B | Stacy Ernst Test Results Letter |
| Exhibit 5C | Katherine (Kenar) Kean Test Results Letter |
| Exhibit 5D | Irene Res-Pullano Test Results Letter |
| Exhibit 5E | Dawn Hoard Test Results Letter |
| Exhibit 6 | April 12, 2000 HPS Letter to Sheldon Hurovitz |
| Exhibit 7 | HPS 2001 Test Results |
| Exhibit 19A | HPS February 25, 1998 Initial Meeting Agenda |
| Exhibit 19B | July 7, 1998 HPS Letter to Pat Howe |
| Exhibit 19C | February 5, 1999 Fax from Patrick Howe to Debby Gebhardt |
| Exhibit 21 | Report of Dr. Michael Campion |
| Exhibit 22 | Surrebuttal Report of Dr. Michael Campion |
| Exhibit 23 | Rebuttal Report of Dr. William McArdle |
| Exhibit 31 | CPAT Orientation Guide |
| Exhibit 39A | 2012-2017 Chicago Fire Fighters Union Collective Bargaining Agreement |
| Exhibit 44 | Plaintiffs' 2004 PAT Score Sheets |
| Exhibit 54 | February 26, 1998 Meeting Notes |
| Exhibit 62 | Patrick Howe Notes |
| Exhibit 120 | Iola Navarro 2008 PAT Score Sheet |
| Exhibit 121 | August 1999 HPS Draft Report |
| Exhibit 123 | City Payments to HPS |