# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| STACY ERNST ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 2008 C 4370 |
| | ) | |
| v. | ) | Judge Charles Norgle |
| | ) | |
| CITY OF CHICAGO, | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Plaintiffs Stacy Ernst et. al. by their undersigned attorneys in response to the City's motion for extension of time to file response state as follows

1. The parties are currently scheduled to file their responses to the proposed findings of fact and conclusions of law on February 5, 2015

2. Defendant has requested that the date for responses be reset to February 20, 2015. (ECF 564).

3. Plaintiffs do not oppose this extension and had advised defendant of this provided that such extension be provided both parties.

4. One of the attorneys for the plaintiffs will be at the American Bar Association meeting from February 24 to March 1. Plaintiffs therefore request the date for the replies, if any, be set for March 5, 2015

1

For the reasons stated herein, Plaintiffs request this Honorable Court grant both parties to and including February 20, 2015 within which to file their responses to proposed findings. Plaintiffs further request the Court direct that replies if any be filed by March 5, 2015. 2015.

Dated:  February 4, 2015                               Respectfully submitted,


                                                       s/Susan P Malone
                                                       SUSAN P. MALONE
                                                       smalonelaw@sbcglobal.net
                                                       542 S. Dearborn Street, Suite 610
                                                       Chicago, IL  60605
                                                       (312) 726-2638

                                                       DAVID BORGEN, CA Bar No. 099354
                                                       dborgen@gbdhlegal.com
                                                       Goldstein, Borgen, Dardarian & Ho
                                                       300 Lakeside Drive, Suite 1000
                                                       Oakland, CA  94612
                                                       (510) 763-9800; (510) 835-1417 (Fax)

                                                       MARNI WILLENSON
                                                       marni@willensonlaw.com
                                                       542 S. Dearborn Street, Suite 610
                                                       Chicago, IL  60605
                                                       (312) 546-4910; (312) 261-9977 (Fax)

JOSHUA KARSH
jkarsh@hsplegal.com
Hughes, Socol, Piers, Resnick & Dym, Ltd.
70 West Madison Street
Suite 4000
Chicago IL 60602

Attorneys for Plaintiffs

Certificate of Service

I, Susan P. Malone, certify that I caused a true and correct copy of the foregoing Notice of Motion and Motion to be served upon the parties listed above at the address listed by causing the same to be sent by electronic transmission on Wednesday, February 4, 2015 3

Susan P Malone
SUSAN P. MALONE
smalonelaw@sbcglobal.net
542 S. Dearborn Street, Suite 610
Chicago, IL  60605
(312) 726-2638


Dated: February 4, 2015