# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STACY ERNST, DAWN HOARD, IRENE RES-PULLANO, MICHELLE LAHALIH, and KATHERINE KEAN, *Plaintiffs*, v. CITY OF CHICAGO, *Defendant*. | Case No.: 08 C 4370 <br><br> Judge Charles R. Norgle, Sr. <br><br> Magistrate Judge Jeffrey Cole |

## DEFENDANT CITY OF CHICAGO'S MOTION TO STRIKE 5,441 PAGES OF "SUPPLEMENTAL ADMITTED TRIAL EXHIBITS" AND REFERENCES TO EVIDENCE OUTSIDE THE TRIAL RECORD AND RESPONSE TO PLAINTIFFS' MOTION TO REMOVE DOCKET ENTRIES 560-5 AND 563-1

## EXHIBIT LIST

Exhibit A     Unadmitted Exhibits Not Referenced by Plaintiffs

Exhibit B     Unadmitted Exhibits Referenced by Plaintiffs

Exhibit C     February 4, 2015 Letter from City Counsel C. Donham to Plaintiffs' Counsel

1317543.1

# EXHIBIT A

| | **EXHIBIT A** | | |
|---|---|---|---|
| | Plaintiffs' "Supplemental" Filing of 29 Unadmitted Exhibits *Not Referenced* in Plaintiffs' Proposed Findings of Fact or Conclusions of Law | | |
| **Exhibit** | **Exhibit Title as Provided by Plaintiffs' Supplemental Filings - Dkt. 560 and Dkt. 563** | **Dkt. No.** | **Pages** |
| Plaintiffs' Exhibit 8 | HPS Email to City of 2004 Test Results—Attachment to Email Not Produced by City | 560-1 | 1-2 |
| Plaintiffs' Exhibit 9 | HPS Summary to City Regarding 2000 to 2007 Test Results | 560-1 | 3-47 |
| Plaintiffs' Exhibit 10 | HPS Summary to City 2008 to 2009 Test Results | 560-1 | 48-52 |
| Plaintiffs' Exhibit 11A | Chart provided by Swann/Preston to Gebhardt Summarizing Number of Paramedic Hires 1996-1999 | 560-1 | 53-311 |
| Plaintiffs' Exhibit 11B | Emails from Anne Preston to Gebhardt and from T. Swabb | 560-1 | 312-315 |
| Plaintiffs' Exhibit 12 | Backup Documents for Hiring Summary Provided Gebhardt from City Attorneys | 560-1 | 316-328 |
| Plaintiffs' Exhibit 14B | Gebhardt March 15, 2012 Deposition Exhibit 7 | 560-1 | 383-406 |
| Plaintiffs' Exhibit 15 | City Document Regarding Acquisition of New Ambulances and Stryker Cots 2004-2005 | 560-2 | 47-63 |
| Plaintiffs' Exhibit 16B | Campion Deposition Exhibit 25 | 560-2 | 85-89 |
| Plaintiffs' Exhibit 18A | Fax to Howe from Gebhardt April 12, 2000 | 560-2 | 90-92 |
| Plaintiffs' Exhibit 18B | Fax to Howe from Gebhardt June 18, 2001 | 560-2 | 93-95 |
| Plaintiffs' Exhibit 19E | Howe Notes | 560-2 | 96-97 |
| Plaintiffs' Exhibit 20 | Swabb and Preston to Gebhardt Jacobs July 19, 2012 | 560-2 | 98-106 |
| Plaintiffs' Exhibit 24 | August 17, 1999 Proposal for Test Administration, Gebhardt to Stensland | 560-2 | 107-111 |
| Plaintiffs' Exhibit 38 | Collective Bargaining Agreements with City 2005 to Present | 560-3 | 1-180 |
| Plaintiffs' Exhibit 39 | Labor Contract between CFF Union and City of Chicago | 560-4 | 1-181 |
| Plaintiffs' Exhibit 41 | Appendix A to Gebhardt 1999 Validation Study | 560-4 | 183-348 |
| Plaintiffs' Exhibit 42 | Excel spreadsheet of Scores 2000 to 2009 | 560-5 | 1-261 |
| Plaintiffs' Exhibit 46 | City List of Test Administrators | 560-5 | 270-272 |
| Plaintiffs' Exhibit 47 | 2006 to 2013 City of Chicago Overtime Reports | 560-5 | 273-3935 |

| EXHIBIT A | | | |
|---|---|---|---|
| Plaintiffs' "Supplemental" Filing of 29 Unadmitted Exhibits *Not Referenced* in Plaintiffs' Proposed Findings of Fact or Conclusions of Law | | | |
| Exhibit | Exhibit Title as Provided by Plaintiffs' Supplemental Filings - Dkt. 560 and Dkt. 563 | Dkt. No. | Pages |
| Plaintiffs' Exhibit 51 | Gebhardt August 17, 1999 Proposal to Stensland | 560-5 | 3948-3962 |
| Plaintiffs' Exhibit 52 | Gebhardt to Howe June 18, 2001with Enclosed listing of applicants | 560-5 | 3963-3965 |
| Plaintiffs' Exhibit 55 | August 4, 2004 Note re VHS tape | 560-5 | 3977-3978 |
| Plaintiffs' Exhibit 56 | Letter from Gebhardt to Howe re listed of testing equipment | 560-5 | 3979-3981 |
| Plaintiffs' Exhibit 57 | Letter from Gebhardt to Noys re inaccurate response in fail letters | 560-5 | 3982-3983 |
| Plaintiffs' Exhibit 59 | Injury Report re Male Participant in "Validation Study" | 560-5 | 3984-3991 |
| Plaintiffs' Exhibit 60 | Reconstructed Data from Files Produced as CHICVAL | 560-5 | 3992-4113 |
| Plaintiffs' Exhibit 66 | Dr. Michael Campion Curriculum Vitae | 560-5 | 4120-4157 |
| Plaintiffs' Exhibit 67 | Dr. William McArdle Curriculum Vitae | 560-5 | 4158-4179 |

# EXHIBIT B

| EXHIBIT B<br>Plaintiffs' "Supplemental" Filing of 18 Unadmitted Exhibits *Referenced* in Plaintiffs' Proposed Findings of Fact or Conclusions of Law ||||||
|---|---|---|---|---|---|
| **Exhibit** | **Exhibit Title as Provided by Plaintiffs' Supplemental Filings - Dkt. 560 and Dkt. 563** | **Dkt. No.** | **Pages** | **Plaintiffs' References in Proposed Findings of Fact and Conclusions of Law (Dkt. No. 561)** ||
| Plaintiffs' Exhibit 13 | Documents Transmitted to Gebhardt from CFD regarding Hiring Process | 560-1 | 329-332 | Plaintiffs' Findings of Fact ¶ 28(a) ||
| Plaintiffs' Exhibit 14A | Documents Transmitted to Gebhardt from CFD Regarding Academy Curriculum, Workload and Assignments | 560-1 | 333-382 | Plaintiffs' Findings of Fact ¶¶ 3, 28(a), 28(c), 46, and FN8 ||
| Plaintiffs' Exhibit 14C | Gebhardt March 15, 2012 Deposition Exhibit 8 | 560-2 | 1-46 | Plaintiffs' Findings of Fact ¶¶ 4, 33, 151, 190 (referencing ¶ 4), 239 (referencing ¶ 151), 245 ||
| Plaintiffs' Exhibit 16 | City Document Regarding Changes in Dispatch Protocols June 2000 | 560-2 | 64-84 | Plaintiffs' Findings of Fact ¶ 28(a) ||
| Plaintiffs' Exhibit 45 | Hiring History for 2004 Applicants | 560-5 | 262-269 | Plaintiffs' Findings of Fact ¶ 155 ||
| Plaintiffs' Exhibit 50A-C | Berry Revised Reports February 9, 2013 | 560-5 | 3936-3947 | Plaintiffs' Findings of Fact ¶ FN 8 ||
| Plaintiffs' Exhibit 53 | HPS Copy of Physical Ability Scales | 560-5 | 3966-3976 | Plaintiffs' Findings of Fact ¶ 39 ||
| Plaintiffs' Exhibit 61 | Reconstructed Data from Records in Excel Format as EMSCOMB | 560-5 | 4114-4119 | Plaintiffs' Findings of Fact ¶ 115 ||
| City's Exhibit 10 | 3/18/96 Letter from Dr. Gebhardt to Adrianne Bryant regarding project detail | 563-1 | 1-5 | Plaintiffs' Findings of Fact ¶ 16 ||
| City's Exhibit 13 | Purchasing Department documents for CFD Paramedic physical abilities test | 563-1 | 6-70 | Plaintiffs' Findings of Fact ¶ 20 ||
| City's Exhibit 15 | Professional Services Agreement Between the Chicago Fire Department and Human Performance Systems, Inc. for Administration of PAT | 563-1 | 74-178 | Plaintiffs' Findings of Fact ¶ 20 ||
| City's Exhibit 16 | 1/25/98 Tentative EMS/PAT Schedule | 563-1 | 179-181 | Plaintiffs' Findings of Fact ¶ 20 ||

| | **EXHIBIT B** | | | |
|---|---|---|---|---|
|  | **Plaintiffs' "Supplemental" Filing of 18 Unadmitted Exhibits *Referenced* in Plaintiffs' Proposed Findings of Fact or Conclusions of Law** | | | |
| **Exhibit** | **Exhibit Title as Provided by Plaintiffs' Supplemental Filings - Dkt. 560 and Dkt. 563** | **Dkt. No.** | **Pages** | **Plaintiffs' References in Proposed Findings of Fact and Conclusions of Law (Dkt. No. 561)** |
| City's Exhibit 17 | 2/2/98 Letter from Gebhardt to Stensland regarding February 25 to 27, 1998 initial development meetings | 563-1 | 182-189 | Plaintiffs' Findings of Fact ¶ 20 |
| City's Exhibit 34 | 4/1/99 Letter from Howe to Burns re Space for PAT | 563-1 | 190-192 | Plaintiffs' Findings of Fact ¶ 118 |
| City's Exhibit 39 | HPS Rebuttal Report to Campion Report and Deposition | 563-1 | 193-213 | Plaintiffs' Findings of Fact ¶¶ 28(b), 128, FN 7 |
| City's Exhibit 79 | List of Paramedics Separations Since January 1990 While in Academy | 563-1 | 214-217 | Plaintiffs' Findings of Fact ¶¶ 14, FN 7 |

# EXHIBIT C



**CARY E. DONHAM**

Direct: (312) 836-4038
Facsimile: (312) 275-7561
E-mail: cdonham@taft.com

Reference No: F31090-00009

111 East Wacker, Suite 2800
Chicago, Illinois 60601

Tel 312.527.4000 / Fax 312.527.4011
www.taftlaw.com

February 4, 2015

<u>Via E-Mail</u>
Susan Patricia Malone:   smalonelaw@sbcglobal.net
Marni J. Willenson:      marni@willensonlaw.com
David Borgen:            dborgen@gbdhlegal.com
Joshua Karsh             jkarsh@hsplegal.com

   **Re:** *Ernst, et al. v. City of Chicago:  No. 08-cv-4370 N.D. Ill.*

Dear Counsel:

   We are writing with regard to your first supplemental exhibit filing, Dkt. 560, to advise you this filing contains confidential information that Magistrate Judge Cole ordered to be redacted during the Final Pre-Trial Conference. Further, this filing includes a confidential Settlement Agreement among your clients and Human Performance Systems, Inc. ("HPS"), and an IRS Form W-9 that includes Stacy Ernst's social security number and home address. In addition, without authorization, in your second supplemental exhibit filing, Dkt. 563, you filed a City document, City Exhibit 79—that the City did not offer at trial—that contains personal information.

   Plaintiffs' Exhibit 45, the "Hiring History for 2004 Applicants," (cited in your Proposed Findings of Fact paragraph 155) includes names of CFD paramedic hires and reveals information including the reasons for termination, such as substance abuse. It also provides health information, including a description of paramedics being on disability. Magistrate Judge Cole ordered that such material be redacted. (*See* Feb. 25, 2014 P.M. Pretrial Conf. Tr. at 119:21-24.)

   Similarly, Plaintiffs' Exhibit 46, the unredacted "City List of Test Administrators" includes both the addresses and telephone numbers of HPS's test administrators. Magistrate Judge Cole also ordered this information be redacted. (*See* Feb. 25, 2014 P.M. Pretrial Conf. Tr. at 121-6.)

   In addition, City Exhibit 79 (cited in your Proposed Findings of Fact paragraph 14 and fn. 7) contains personal information concerning CFD employees, including reasons for separation. The City chose not to offer this exhibit at trial, nor did Plaintiffs, so the City had no opportunity to object to the publication of personal information.

Taft Stettinius & Hollister LLP   Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

Finally, while Plaintiffs' Exhibit 51 purports to be a "Gebhardt August 17, 1999 Proposal to Stensland," this document, in fact, is a confidential Settlement Agreement between the Plaintiffs and HPS and also includes an unredacted IRS Form W-9 from Stacy Ernst.

These filings violate paragraph 2 of the protective order entered in this case (Dkt. 31) as amended (Dkt. 139, 183), because you filed these documents without seeking or obtaining relief from the terms of the protective order.

Accordingly, the City requests plaintiffs immediately seek leave to withdraw unredacted Plaintiffs' Exhibits 45 and 46 and City Exhibit 79. We take no position regarding what has been filed as Plaintiffs' Exhibit 51, other than to advise you of its inclusion in Dkt. 560-5.

By this letter, the City does not concede these exhibits, which were not offered as evidence at trial, are admissible, and the City reserves all rights, including the right to remedies for violation of the protective order. *See* Dkt. 31, paragraph 18.

Very truly yours,

TAFT STETTINIUS & HOLLISTER, LLP

Cary E. Donham

CXD/pxb/1316474_4

cc: Tim Swabb
Alan Slagel
Elizabeth Babbitt
John F. Kennedy