# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STACY ERNST, DAWN HOARD, IRENE RES-PULLANO, MICHELLE LAHALIH, and KATHERINE KEAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF CHICAGO,<br><br>*Defendant*. | Case No.: 08 C 4370<br><br>Judge Charles R. Norgle, Sr.<br><br>Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Friday, February 20, 2015, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles Norgle, or any judge sitting in his stead, in Courtroom 2341, of the United States District Court for the Northern District of Illinois, Eastern Division, and present *The City of Chicago's Motion To Strike 5,441 Pages Of "Supplemental Admitted Trial Exhibits" And References To Evidence Outside The Trial Record And Response To Plaintiffs' Motion To Remove Docket Entries 560-5 And 563-1*, a copy of which is served upon you.

**Dated**: February 13, 2015

Respectfully submitted,

**THE CITY OF CHICAGO**

By:  s/ Cary E. Donham

Allan T. Slagel (ARDC No. 6198470)
aslagel@taftlaw.com
Cary E. Donham (ARDC No. 6199385)
cdonham@taftlaw.com
Heather A. Jackson (ARDC No. 6243164)
hjackson@taftlaw.com
Rachel L. Schaller (ARDC No. 6306921)
rschaller@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone:  (312) 527-4000

Respectfully submitted,

**STEPHEN R. PATTON,**
Corporation Counsel of the City of Chicago

By:  s/ Timothy Swabb

Timothy Swabb
Alison Alvarez
Assistants Corporation Counsel
30 N. LaSalle Street, Suite 1020
Chicago, IL 60602
312-744-8369/0898/9653

1317746_1