IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| STACY ERNST, et al. | No. 08 c 4370 |
| Plaintiffs, | |
| v. | Judge Charles R. Norgle, Sr. |
| CITY OF CHICAGO, | |
| Defendant. | |

**NOTICE OF MOTION TO PERMANENTLY STRIKE AND REPLACE DOCKET ENTRIES 560 AND 563 IN THEIR ENTIRETY**

PLEASE TAKE NOTICE THAT on Friday, April 3, 2015, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles Norgle, in Courtroom 2341, of the United States District Court for the Northern District of Illinois, Eastern Division, and present Motion to Permanently Strike and Replace Docket Entries 560 and 563 in Their Entirety.

Dated: March 27, 2015

Respectfully submitted,

    s/ David Borgen
SUSAN P. MALONE
smalonelaw@sbcglobal.net
542 S. Dearborn Street, Suite 610
Chicago, IL 60605
(312) 726-2638

DAVID BORGEN, CA Bar No. 099354
dborgen@gbdhlegal.com
BYRON GOLDSTEIN, CA Bar No. 289306
brgoldstein@gbdhlegal.com
Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800; (510) 835-1417 (Fax)

MARNI WILLENSON
marni@willensonlaw.com
542 S. Dearborn Street, Suite 610
Chicago, IL 60605
(312) 546-4910; (312) 261-9977 (Fax)

JOSHUA KARSH
jkarsh@hsplegal.com
Hughes, Socol, Piers, Resnick & Dym
70 West Madison Street, Suite 4000
Chicago, IL 60602
(312) 604-2630; (312) 604-2631 (Fax)

Attorneys for Plaintiffs