



Shareholders
David Borgen
Linda M. Dardarian
Laura L. Ho

**Goldstein, Borgen, Dardarian & Ho**

Of Counsel
Barry Goldstein
Morris J. Baller

March 27, 2015

Clerk of the Court
U.S.D.C. Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

<u>Via Federal Express</u>

**FILED**

MAR 3 0 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Re: *Ernst v. City of Chicago*, Case No. 08CV4370

Dear Clerk of the Court:

Enclosed please find five discs of Excel chart exhibits from the 3/27/15 e-filing of Plaintiff's Motion to Permanently Strike and Replace Docket Entries 560 and 563 in Their Entirety. (ECF 597) These charts are exhibits for which pdf covers were inserted into Exhibit A of Plaintiff's Motion. We are providing the documents in their native form so that they may be clearly viewed. A courtesy copy of the entire filing and five discs are also being delivered to Judge Norgle.

Sincerely,

Stuart Kirkpatrick
Paralegal

SK/slw

Encl.

