

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STACY ERNST, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> CITY OF CHICAGO, <br><br> Defendant(s). | Case No. 08 C 4370 <br> Judge CHARLES R. NOGLE |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

X    other: On the Claims of disparate impact, the Court finds in favor of Defendant City of Chicago, and against Plaintiffs Stacy Ernst, Dawn Hoard, Irene Res-Pullano, Michelle Lahalih and Katherine Kean. Judgment is entered in favor Defendant.

This action was *(check one)*:

☐    tried by a jury with Judge      presiding, and the jury has rendered a verdict.
X    tried by Judge CHARLES R. NORGLE     without a jury and the above decision was reached.
☐    decided by Judge     on a motion

Date:4/13/2015                                    Thomas G. Bruton, Clerk of Court
                                                  Eric W. Fulbright , Deputy Clerk